DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TERRI LYN WIMMER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2173

————————————————

April 8, 2026

Appeal from the Circuit Court for Manatee County; Teri K. Dees, Judge.

Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

BLACK, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.